1  COOLEY LLP
   ALI MOJDEHJI (123486)
2  1333 2nd Street
   Suite 400
3  Santa Monica, CA  90401-4100
   Telephone:     (310) 883-6400
4  Facsimile:     (310) 883-6500
   Email:  amjodehi@cooley.com
5
   -and-
6
   COOLEY LLP
7  JAY R. INDYKE
   ROBERT WINNING
8  MAX D. SCHLAN
   SUMMER MCKEE
9  1114 Avenue of the Americas
   New York, NY  10036-7798
10 Telephone:     (212) 479-6000
   Facsimile:     (212) 479-6575
11 Email:  jindyke@cooley.com, rwinning@cooley.com,
   mschlan@cooley.com and smckee@cooley.com
12
   Proposed Counsel for
13 THE OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS
14
                **UNITED STATES BANKRUPTCY COURT**
15
                **CENTRAL DISTRICT OF CALIFORNIA**
16
                    **LOS ANGELES DIVISION**
17 In re
                                            Chapter 11
18 SHEIKH SHOES LLC,
   a California limited liability company,     Case No. 2:17-bk-24626-VZ
19
               Debtor.
20                                          **STATEMENT OF THE OFFICIAL COMMITTEE OF
                                            UNSECURED CREDITORS IN RESPONSE TO
21                                          DEBTOR'S EMERGENCY MOTION FOR
                                            INTERIM AND FINAL ORDERS AUTHORIZING
22                                          DEBTOR TO: (1) PAY PREPETITION CLAIM OF
                                            NIKE USA, INC., AS CRITICAL VENDOR; (2)
23                                          INCUR POSTPETITION INDEBTEDNESS ON
                                            SUPERPRIORITY BASIS; AND (3) ENTER AND
24                                          PERFORM UNDER AGREEMENT WITH NIKE
                                            USA, INC. [D.I. 12]**
25
                                            Hearing Date: January 9, 2018
26                                          Time: 1:00 p.m. PT
                                            Place: Courtroom 1368, Roybal Federal Building
27                                          255 E. Temple Street, Los Angeles, CA 90012

28        The Official Committee of Unsecured Creditors (the "Committee") of Shiekh Shoes LLC,

COOLEY LLP
ATTORNEYS AT LAW

1    the debtor and debtor-in-possession (the "Debtor"), by and through its proposed counsel, hereby

2    submits this statement (the "Statement") in connection to the *Debtor's Emergency Motion For*

3    *Interim and Final Orders Authorizing Debtor to (1) Pay Prepetition Claim of Nike USA, Inc., As*

4    *Critical Vendor; (2) Incur Postpetition Indebtedness On A Superpriority Basis; And (b) Enter And*

5    *Perform Under Agreement With Nike USA, Inc.* (the "Motion") [D.I. 12] and, the Committee

6    respectfully represents as follows:

### BACKGROUND

8         On November 29, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief

9    under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States

10   Bankruptcy Court for the Central District of California, Los Angeles Division.  Pursuant to sections

11   1107 and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and property

12   as a debtor-in-possession.  United States Trustee Peter C. Anderson, Assistant United States Trustee

13   Jill M. Sturtevant and Trial Attorney Kelly L. Morrison (collectively, the "U.S. Trustee") have been

14   appointed in this case.  No trustee or examiner has been appointed in this case by the U.S. Trustee.

15        On December 11, 2017, the Committee was appointed in this case by the U.S. Trustee,

16   consisting of the following nine members: (i) New World Creation, Inc.; (ii) Hinkle Construction;

17   (iii) Adidas America Inc.; (iv) VF Outdoor, LLC; (v) Sports Land Inc.; (vi) Nike USA Inc.; (vii)

18   GGP Limited Partnership; (viii) Simon Property Group; and (ix) Macerich.  On December 11, 2017,

19   the Committee selected Cooley as its proposed counsel and Province, Inc. as its proposed financial

20   advisor.

### STATEMENT

22        The Debtor, the Committee, and Nike USA, Inc. (collectively, the "Parties") have diligently

23   engaged in negotiations regarding the relief requested in the Motion and have reached an agreement

24   subject to documentation.  Amongst other things, the settlement would defer a decision on the

25   Debtor's request to grant superpriority claims in favor of Nike USA, Inc.  The Parties are presently

26   working on a stipulation to effectuate this agreement.

27        As reflected in the stipulation filed with this Court on December 22, 2017 (the

28   "Stipulation") [D.I. 230], the Parties seek to extend the deadline for the Committee to file any

COOLEY LLP
ATTORNEYS AT LAW

2.

1 | opposition or response to the Motion to December 29, 2017, at 12:00 p.m.  However, as this Court

2 | has not yet approved the Stipulation or the relief sought therein, and the Committee's objection

3 | deadline has not been adjourned, the Committee is compelled to lodge this statement to

4 | reserve its right to further respond to the Motion.

5 | Dated: December 26, 2017                    Respectfully Submitted,

6 |

7 |                                             COOLEY LLP

8 |                                             By:  */s/  Ali Mojdehi*
                                                   Ali Mojdehi

9 |                                             Proposed Counsel for
                                              OFFICIAL COMMITTEE OF
10 |                                            UNSECURED CREDITORS

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

COOLEY LLP
ATTORNEYS AT LAW

3.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Cooley LLP, 101 California St., 5th Floor, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*):   Statement of the Official Committee of Unsecured Creditors to the Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to: (1) Pay Prepetition Claim of Nike USA, Inc., as Critical Vendor; (2) Incur Postpetition Indebtedness On Superpriority Basis; And (3) Enter And Perform Under Agreement With Nike USA, Inc.   [D.I. 12]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  12/26/2017  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  12/26/2017 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Served via overnight delivery:

| | |
|---|---|
| The Honorable Vincent P. Zurzolo<br>U.S. Bankruptcy Court<br>Roybal Federal Building<br>255 E. Temple Street, Suite 1360<br>Los Angeles, CA 90012 | United States Trustee<br>915 Wilshire Blvd.<br>Suite 1850<br>Los Angeles, CA 90017 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Dec. 26, 2017 | Mollie Canby | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST VIA NEF

- Dustin P Branch    branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Gregg M Ficks    gficks@coblentzlaw.com
- Scott F Gautier    sgautier@robinskaplan.com
- Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com
- Asa S Hami    ahami@sulmeyerlaw.com,
  agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Dimitri G Karcazes    dimitri.karcazes@goldbergkohn.com
- David S Kupetz    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- Daniel A Lev    dlev@sulmeyerlaw.com,
  asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
- Kevin Meek    kmeek@robinskaplan.com,
  kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Angela Z Miller    amiller@phillipslytle.com, styrone@phillipslytle.com
- Ali M Mojdehi    amojdehi@cooley.com,
  jgertz@cooley.com;bbyun@cooley.com;arego@cooley.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Kristen N Pate    ggpbk@ggp.com
- Dean G Rallis    drallis@afrct.com,
  msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com
- Allan D Sarver    ADS@asarverlaw.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Michael A Sweet    msweet@foxrothschild.com, swillis@foxrothschild.com
- Wayne R Terry    wterry@hemar-rousso.com
- Ronald M Tucker    rtucker@simon.com,
  cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Edward T Weber    ed@eweberlegal.com
- Steven Werth    swerth@sulmeyerlaw.com,
  asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com,
  MVicinanza@ecf.inforuptcy.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.