Dean G. Rallis Jr. (# 94266)
 drallis@afrct.com
Matthew D. Pham (# 287704)
 mpham@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
301 N. Lake Ave., Suite 1100
Pasadena, CA  91101-4158
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for CAPREF Burbank LLC and
CAPREF Lloyd II LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SHIEKH SHOES, LLC,<br><br>    Debtor. | Case No.: 2:17-bk-24626-VZ<br><br>Chapter 11<br><br>**CAPREF BURBANK LLC AND CAPREF LLOYD II LLC'S JOINDER IN LANDLORD CREDITORS' LIMITED OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO OBTAIN SHORT-TERM VENDOR FINANCING FROM NIKE USA, INC. AND GRANTING RELATED RELIEF**<br><br>Date:     January 30, 2018<br>Time:    2:00 p.m.<br>Place:    255 East Temple Street<br>            Courtroom 1368<br>            Los Angeles, California 90012 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Landlords CAPREF Burbank LLC and CAPREF Lloyd II LLC (the "CAPREF Landlords") hereby join in the *Limited Objection to Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to Obtain Short-Term Vendor Financing from Nike USA, Inc. and Granting Related Relief* (the "Limited Objection"), at docket no. 377, of the landlord creditors Centennial Real Estate Company, LLC, Passco Companies, LLC, Starwood Retail Partners LLC, The Macerich Company, Vintage Real Estate, LLC, and Westfield, LLC.

To the extent they are consistent with the objections set forth in the Limited Objection, the CAPREF Landlords further join in any other related objections of other landlords.

Respectfully submitted,

Dated: January 30, 2018

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ Dean G. Rallis Jr.
    Dean G. Rallis Jr.

Attorneys for CAPREF Burbank LLC and CAPREF Lloyd II LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
301 North Lake Avenue, Suite 1100, Pasadena, California 91101-4158

A true and correct copy of the foregoing document entitled (*specify*): **CAPREF BURBANK LLC AND CAPREF LLOYD II LLC'S JOINDER IN LANDLORD CREDITORS' LIMITED OBJECTION TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO OBTAIN SHORT-TERM VENDOR FINANCING FROM NIKE USA, INC. AND GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 28, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 28, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2018 | Malinda Sinclair | /s/ Malinda Sinclair |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
Gregg M Ficks    gficks@coblentzlaw.com
Scott D Fink    brodellecf@weltman.com
Scott F Gautier    sgautier@robinskaplan.com
Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com
David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
Asa S Hami    ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
Jay R Indyke    jindyke@cooley.com, smckee@cooley.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Dimitri G Karcazes    dimitri.karcazes@goldbergkohn.com
David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
David B Kurzweil    kurzweild@gtlaw.com, brattons@gtlaw.com;dyerj@gtlaw.com;perkinsd@gtlaw.com
Daniel A Lev    dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
Angela Z Miller    amiller@phillipslytle.com, styrone@phillipslytle.com
Ali M Mojdehi    amojdehi@cooley.com, jgertz@cooley.com;bbyun@cooley.com;arego@cooley.com
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Shannon O Nelson    snelson@fnlaw.net, snelson@socnlaw.com
Ernie Zachary Park    ernie.park@bewleylaw.com
Kristen N Pate    ggpbk@ggp.com
Dean G Rallis    drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com
Allan D Sarver    ADS@asarverlaw.com
William S Shepard    scott.shepard@msrlegal.com, lisa.king@msrlegal.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
Michael A Sweet    msweet@foxrothschild.com, swillis@foxrothschild.com
Wayne R Terry    wterry@hemar-rousso.com
Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Edward T Weber    ed@eweberlegal.com
Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**