Scott F. Gautier (State Bar No. 211742)
SGautier@RobinsKaplan.com
Kevin D. Meek (State Bar No. 280562)
KMeek@RobinsKaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:    310 552 0130
Facsimile:    310 229 5800

Randall L. Klein  (*admitted pro hac vice*)
Randall.Klein@goldbergkohn.com
Dimitri G. Karcazes (*admitted pro hac vice*)
Dimitri.Karcazes@goldbergkohn.com
GOLDBERG KOHN LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
Telephone:    312 201 4000
Facsimile:    312 332 2196

Attorneys for Comvest Capital II, L.P.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.  2:17-bk-24626-VZ |
| SHIEKH SHOES LLC, a California limited liability company, | Chapter  11 |
| Debtor. | **RESPONSE AND RESERVATION OF RIGHTS OF COMVEST CAPITAL II, L.P. TO THE DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS: (1) AUTHORIZING DEBTOR TO OBTAIN SHORT-TERM VENDOR FINANCING FROM NIKE USA, INC., SECURED BY SENIOR LIEN UNDER 11 U.S.C. § 364; (2) AUTHORIZING USE OF CASH COLLATERAL UNDER 11 U.S.C. § 363; (3) SCHEDULING FINAL HEARING ON MOTION; AND (4) GRANTING RELATED RELIEF** |
| | Date:     January 30, 2018<br>Time:     2:00 p.m.<br>Place:    Courtroom 1368<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |

61411027.1

Comvest Capital II, L.P. ("Comvest"), as administrative agent and collateral agent for itself and certain other lenders (the "Lenders"), by its undersigned counsel, hereby files this Response and Reservation of Rights (the "Response") to the *Debtor's Emergency Motion for Interim and Final Orders: (1) Authorizing Debtor to Obtain Short-Term Vendor Financing from Nike USA, Inc., Secured by Senior Lien Under 11 U.S.C. § 364; (2) Authorizing the Use of Cash Collateral Under 11 U.S.C. § 363; (3) Scheduling Final Hearing on Motion; and (4) Granting Related Relief* (the "Vendor Financing Motion," D.I. 369). In support thereof, Comvest states as follows:

Comvest files this Response to the Vendor Financing Motion to address several issues. First, the Vendor Financing Motion states that the Debtor and Comvest reached an agreement in principal on or about January 24, 2018. Vendor Financing Motion, ¶ 20. Although Comvest and the Debtor are negotiating a potential settlement of their disputes, they have not reached an agreement in principal or a final agreement.

Second, the Debtor provided a complete financial model to Comvest that incorporates the proposed financing by Nike the day prior to the hearing day on the Vendor Financing Motion. Comvest has engaged a financial advisor to assist in reviewing the financial model and the potential impact the terms of the Nike financing might have on the Debtor's estate and Comvest's collateral position. That analysis, however, is not complete, but Comvest remains concerned that in the meantime its interests as a secured creditor are not being adequately protected. *See Objection of Comvest Capital II, L.P. to the Debtor's Motion for Interim and Final Orders: (1) Authorizing Debtor to Obtain Post-Petition Replacement Term Loan Secured by Senior Lien Pursuant to 11 U.S.C. § 364 to Payoff State Bank and Trust Company; (2) Authorizing the Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. § 363; (3) Granting Adequate Protection to Prepetition Junior Secured Creditor Pursuant to §§ 363, 362, 362, and 364; (4) Scheduling Final Hearing on Motion; and (5) Granting Related Relief* (the "Objection", D.I. 300). Thus, Comvest objects to the proposed priming of its liens under the Vendor Financing Motion and the use of its cash collateral. *See* Vendor Financing Motion, ¶ 14. As expressed previously in the Objection and incorporated herein by reference, Comvest objects to the priming of its liens

because the Debtor has not provided adequate protection, in the form of real value, to Comvest, nor has the Debtor demonstrated that Comvest is adequately protected given the continued operational losses of the Debtor and the deterioration in Comvest's collateral position. *See* Objection, at 4. Once Comvest's financial advisor has had an opportunity to review the financial model and the impact the terms of the Nike financing will have on Comvest's collateral position, Comvest may file a motion seeking additional adequate protection.

Finally, as noted in the Objection, if and to the extent the adequate protection afforded to Comvest in the form of replacement liens fails to adequately protect Comvest, and as a result, Comvest is not paid in full, Comvest has not agreed to subordinate its claim under § 507(b) of the Bankruptcy Code in favor of any administrative claims in this case, and Comvest does not consent to any carve-out in favor of any professionals in this case or to the subordination of its administrative priority claim under § 507(b) to such carve-out. *See id*.

Comvest hereby reserves all of its rights and remedies in connection with the foregoing.

Dated: January 30, 2018

**ROBINS KAPLAN LLP**

By: */s/ Scott F. Gautier*
Scott F. Gautier
Kevin D. Meek

and

Randall L. Klein, Esq.
Dimitri G. Karcazes, Esq.
GOLDBERG KOHN LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603

**ATTORNEYS FOR COMVEST CAPITAL II, L.P.**

61411027.1                                                              - 3 -

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, California 90067

A true and correct copy of the foregoing documents entitled: **RESPONSE AND RESERVATION OF RIGHTS OF COMVEST CAPITAL II, L.P. TO THE DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS: (1) AUTHORIZING DEBTOR TO OBTAIN SHORT-TERM VENDOR FINANCING FROM NIKE USA, INC., SECURED BY SENIOR LIEN UNDER 11 U.S.C. § 364; (2) AUTHORIZING USE OF CASH COLLATERAL UNDER 11 U.S.C. § 363; (3) SCHEDULING FINAL HEARING ON MOTION; AND (4) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 30, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
•Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
•Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com
•Gregg M Ficks    gficks@coblentzlaw.com
•Scott D Fink    brodellecf@weltman.com
•Scott F Gautier    sgautier@robinskaplan.com
•Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com
•David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
•Asa S Hami    ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
•Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
•William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
•Jay R Indyke    jindyke@cooley.com, smckee@cooley.com
•Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
•Dimitri G Karcazes    dimitri.karcazes@goldbergkohn.com
•David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
•David B Kurzweil    kurzweild@gtlaw.com, brattons@gtlaw.com;dyerj@gtlaw.com;perkinsd@gtlaw.com
•Daniel A Lev    dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
•Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
•Angela Z Miller    amiller@phillipslytle.com, styrone@phillipslytle.com
•Ali M Mojdehi    amojdehi@cooley.com, jgertz@cooley.com;bbyun@cooley.com;arego@cooley.com
•Kelly L Morrison    kelly.l.morrison@usdoj.gov
•Shannon O Nelson    snelson@fnlaw.net, snelson@socnlaw.com
•Ernie Zachary Park    ernie.park@bewleylaw.com
•Kristen N Pate    ggpbk@ggp.com
•Dean G Rallis    drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com
•Allan D Sarver    ADS@asarverlaw.com
•William S Shepard    scott.shepard@msrlegal.com, lisa.king@msrlegal.com
•Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
•Michael A Sweet    msweet@foxrothschild.com, swillis@foxrothschild.com
•Wayne R Terry    wterry@hemar-rousso.com
•Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
• United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
•Edward T Weber    ed@eweberlegal.com

- Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **January 30, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.  **NONE.**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 30, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Courtesy Copy Via Messenger**
Honorable Vincent Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2018 | Angela Matsuoka | /s/ Angela Matsuoka |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**