1 | David S. Kupetz (CA Bar No. 125062)
  |   dkupetz@sulmeyerlaw.com
2 | Asa S. Hami (CA Bar No. 210728)
  |   ahami@sulmeyerlaw.com
3 | Steven F. Werth (CA Bar No. 205434)
  |   swerth@sulmeyerlaw.com
4 | **Sulmeyer**Kupetz
  | A Professional Corporation
5 | 333 South Hope Street, Thirty-Fifth Floor
  | Los Angeles, California 90071-1406
6 | Telephone: 213.626.2311

Attorneys for Debtor and Debtor in Possession
Shiekh Shoes, LLC



FILED & ENTERED

FEB 15 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

SHIEKH SHOES, LLC,
a California limited liability company,

        Debtor.

Case No.: 2:17-bk-24626-VZ

Chapter 11

**FINAL ORDER ON DEBTOR'S "EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS: (1) AUTHORIZING DEBTOR TO OBTAIN SHORT-TERM VENDOR FINANCING FROM NIKE USA, INC., SECURED BY SENIOR LIEN UNDER 11 U.S.C. § 364; (2) AUTHORIZING USE OF CASH COLLATERAL UNDER 11 U.S.C. § 363; (3) SCHEDULING FINAL HEARING ON MOTION; AND (4) GRANTING RELATED RELIEF"**

Date:    February 15, 2018
Time:   11:00 a.m.
Place:   Courtroom 1368
           255 East Temple Street
           Los Angeles, CA 90012

2619800

The "Emergency Motion For Interim And Final Orders: (1) Authorizing Debtor to Obtain Short-Term Vendor Financing From Nike USA, Inc., Secured by Senior Lien Under 11 U.S.C. § 364; (2) Authorizing Use of Cash Collateral Under 11 U.S.C. § 363; (3) Scheduling Final Hearing on Motion; And (4) Granting Related Relief" (the "Motion"), filed by Shiekh Shoes, LLC, a California limited liability company, debtor and debtor in possession in the above-captioned case (the "Debtor"), came on for a final hearing on February 15, 2018, at 11:00 a.m., before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, in Courtroom 1368 of the above-entitled Court, at 255 East Temple Street, Los Angeles, California 90012 (the "Final Hearing"). Appearances were as noted on the record of the Final Hearing.

This Court having considered the Motion, all papers filed and submitted in support of, in response to, and otherwise in connection with, the Motion, the record in this case, and the arguments, statements, and representations of counsel at the Final Hearing on the Motion; and the Court having conducted an interim hearing on the Motion on January 30, 2018, following which the Court entered the "Interim Order on Debtor's Emergency Motion For Interim And Final Orders: (1) Authorizing Debtor to Obtain Short-Term Vendor Financing From Nike USA, Inc., Secured by Senior Lien Under 11 U.S.C. § 364; (2) Authorizing Use of Cash Collateral Under 11 U.S.C. § 363; (3) Scheduling Final Hearing on Motion; And (4) Granting Related Relief" [Dkt. No. 386], entered January 31, 2018, (the "Interim Order"); and notice of the Final Hearing having been properly and timely provided to all necessary parties; and for all the reasons set forth on the record of the Final Hearing; and good cause appearing therefor, it is hereby **ORDERED** that the relief granted in the Interim Order is deemed final as set forth on the record at the Final Hearing;

///
///
///
///
///
///

2619800    2

and it is further **ORDERED** that any payments made to Nike USA, Inc. pursuant to the Interim Order or this Order shall not be subject to avoidance, disgorgement, reversal, clawback, modification, reallocation, disallowance, adjustment, repeal, limitation, or any other impairment.

# # #

Date: February 15, 2018

Vincent P. Zurzolo
United States Bankruptcy Judge

2619800

3